RECEIVED
U.S. COURT OF APPEALS
FOR THE D C CIRCUIT

2014 SEP -2 PM 4: 28

FILING DEPOSITORY

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADRIENNE SMITH

    Plaintiff,

Civil Action File No. 14-728 (EGS)

WORLD BANK GROUP, et al.,

    Defendants

## ADDENDUM FOR COMPLETION OF SERVICE

Plaintiff is presenting her signed notarized affidavit to the Court to confirm under the penalty of perjury that the complaint she mailed through the United States tracked mail on April 30, 2014 was mailed to The World Bank, Dr. Jim Kim as was her written complaint she submitted to the Court on April 25, 2014.

In the complaint mailed to Dr. Kim and the World Bank, the Plaintiff submitted her own written EEOC history to the Court of approximately twenty four pages along with copies of the EEOC documents from the EEOC office exactly as she submitted it to the Court along with a summons.

Under the penalty of perjury, Plaintiff is confirming that she mailed to The World Bank the same documents she presented to the Court. These documents include the World Bank's group counsel letter dated June 16, 2014 and Plaintiff's own emails, memos and personal correspondence to refute Ms. Leroy's letter. This is the package that Plaintiff mailed by United States tracked mailed on July 1, 2014.

Plaintiff did not mean to confuse the Court and again apologizes for not submitting the motion for proof of service *under perjury of law*. The Plaintiff is aware of her employer's internal mail routing system which requires all incoming correspondence to the bank with zip code 20433 first be taken to a separate facility, checked in and scanned for safety purposes before being taken to the physical buildings for final delivery. Plaintiff worked closely with the bank's mailroom for years. For this reason, Plaintiff used overnight Priority tracking mail service to minimize the lag time for delivery.

To clear up this issue, the Plaintiff has contacted the United States Postal Service with requests to provide confirmation of the addresses for both the April 30 and July 1st mailings as soon as possible. Plaintiff will bring them immediately to the Court.

Second, Plaintiff believes that the bank's attorney Ms Leroy's letter to her dated June 16th, 2014 *was* the bank's response to the complaint and summons. The Court may have noted that Plaintiff submitted to the court the EEOC's *second* letter to the bank documenting its failure to respond to their agency *at all*. Only then did a bank attorney write back and state that the bank only received a first initial EEOC mailing but that it never received the EEOC's officially mailed full package requiring a response. In the same letter, the bank's attorney stated that the EEOC should dismiss the Plaintiff's complaint which it did. Plaintiff cannot prove it but surely believes that the EEOC office mailed both of their packages correctly and that the bank received both packages.

As Plaintiff is very familiar with this mindset, Plaintiff is re-sending a copy of *the summons* to both Dr. Kim and The World Bank by certified mail with return receipt because she does not want her case dismissed. Plaintiff apologizes again to the Court for her shortcomings in the servicing and the resulting confusion in the service process.

Under penalty of perjury, Plaintiff states that everything she has written and submitted is the truth. Submitted on this day, September 2, 2014.

*Adrienne Smith*
Adrienne Smith
1301 Taylor Street NW
Washington, DC 20011

The foregoing instrument was acknowledged before me this 2nd day of SEPTEMBER, 2014 by ADRIENNE SMITH, known to me to be the person(s) whose name(s) are subscribed to within the instrument and acknowledged execution of the same for the purpose therein contained.

Notary Public, District of Columbia
My commission expires: SEPT. 14, 2016

```
           PETWORTH POST OFFICE
      WASHINGTON, District of Columbia
                 200117297
              1050050262 -0098
   04/30/2014    (202)523-2681    09:12:17 AM

                 Sales Receipt
   Product        Sale  Unit         Final
   Description    Qty   Price        Price

   @@ ~~ WASHINGTON DC 20433 Zone-1   $5.60
   Priority Mail 1-Day
   Flat Rate Env
   6.00 oz.
   Expected Delivery: Thu 05/01/14
   USPS Tracking #:
   9114901189866674570871
   Includes $50 insurance
                                    ========
   Issue PVI:                         $5.60

   Utility          1    $1.19        $1.19
   Mailer 10.5"
   x 16"
                                    ========
   Total:                             $6.79

   Paid by:
   Cash                               $7.00
   Change Due:                        $0.21

   @@ For tracking or inquiries go to
   USPS.com or call 1-800-222-1811.
   ************************************
   ************************************
   BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
   available for purchase at select Post
   Offices.
   ************************************
   ************************************

   ~~ Save this receipt as evidence of
   insurance. For information on filing an
   insurance claim go to
   usps.com/ship/file-domestic-claims.htm.

   Order stamps at usps.com/shop or call
   1-800-Stamp24. Go to usps.com/clicknship
   to print shipping labels with postage. For
   other information call 1-800-ASK-USPS.
   ************************************
   ************************************
   Get your mail when and where you want it
   with a secure Post Office Box. Sign up for
   a box online at usps.com/poboxes.
   ************************************
   ************************************

   Bill#: 1000204054059
   Clerk: 11

      All sales final on stamps and postage
        Refunds for guaranteed services only
            Thank you for your business
   ************************************
   ************************************
            HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

              YOUR OPINION COUNTS
```

```
           PETWORTH POST OFFICE
      WASHINGTON, District of Columbia
                 200117297
              1050050262 -0098
   07/01/2014    (202)523-2681    11:47:01 AM

                 Sales Receipt
   Product        Sale  Unit         Final
   Description    Qty   Price        P.

   @@ ~~ WASHINGTON DC 20433 Zone-1   $5.60
   Priority Mail 1-Day By Weight
   70 oz.
   Expected Delivery: Wed 07/02/14     WORLD
   USPS Tracking #:                    BANK
   9114901139866674565693
   Includes $50 insurance       Leroy
                                      ========
   Issue PVI:                         $5.60

   Honeysuckle      1    $2.59        $2.59
   Rose Lg Bbl
   Mlr All Cat
                                    ========
   Total:                             $8.19

   Paid by:
   Cash                              $20.20
   Change Due:                      -$12.01

   @@ For tracking or inquiries go to
   USPS.com or call 1-800-222-1811.
   ************************************
   ************************************
   BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
   available for purchase at select Post
   Offices.
   ************************************
   ************************************

   ~ Save this receipt as evidence of
   insurance. For information on filing an
   insurance claim go to
   usps.com/ship/file-domestic-claims.htm.

   Order stamps at usps.com/shop or call
   1-800-Stamp24. Go to usps.com/clicknship
   to print shipping labels with postage. For
   other information call 1-800-ASK-USPS.
   ************************************
   ************************************
   Get your mail when and where you want it
   with a secure Post Office Box. Sign up for
   a box online at usps.com/poboxes.
   ************************************
   ************************************

   Bill#: 1000204114531
   Clerk: 11

      All sales final on stamps and postage
        Refunds for guaranteed services
            Thank you for your business
   ************************************
   ************************************
            HELP US

   Go to:
```



Hello: I mailed a court complaint in a package with tracking number 9114901189866674570871 which was addressed to The World Bank at 1818 H Street, NW. I printed out the tracking confirmation online which shows that my package was delivered May 5th. On the label, the return address for me is 1414 Upshur Street, NW Apt 112, zip 20011 c/o Francis Dikoh. I would be very grateful if you would please pull up any stored information and send me a copy of the mailing label or confirm the addressee information with name and address. It can be emailed or mailed to me. I would be extremely grateful because I am in

court with a case and Judge Sullivan has requested additional information as quickly as possible. Thank you very much. Adrienne Smith



**The case number for request is: HQ119217952**



Hello: This is the second of two requests: On JULY 1st, 2014 I mailed a package with the tracking number 9114901189866674565693 which was addressed to The World Bank at 1818 H Street, NW. I printed out the tracking confirmation online which shows that my package was delivered July 7th. On the label, the return address for me is 1414 Upshur Street, NW Apt 112, zip 20011 c/o Francis Dikoh. I would be very grateful if you would please pull up any stored information and send me a copy of the mailing label or confirm the addressee information with name and address. It can be emailed or mailed to me. I would be extremely grateful because I am in court with a case and Judge Sullivan has requested additional information as quickly as possible. Thank you very much. Adrienne Smith

faq.usps.com

USPS.COM

Quick Tools · Ship a Package · Send Mail · Manage Your Mail · Shop · Business Solutions

**Contact Information**

Please complete as much information as possible to help us serve you better

• Residential Business

**First Name** Adrienne Smith

**Middle Initial**

**Last Name** C/o Francis Dikoh

**Address 1** 1414 Upshur Street NW

**Address 2 (Apt., floor, suite, etc.)** Apt #112

**City** Washington

**State** District of Columbia

**ZIP Code™** 20011

**I would like a response by** • Email Phone (Full name is required)
No response required

**LEGAL** · **ON USPS.COM** · **ON ABOUT.USPS.COM** · **OTHER USPS SITES**

---

faq.usps.com

USPS.COM

Quick Tools · Ship a Package · Send Mail · Manage Your Mail · Shop · Business Solutions

**Email Us** FAQs

**Thanks for your email.**

A US Postal Services® representative will reply to your email within one to two business days

The case number for request is HQ119217988

**Confirmation Details**

**Request Type**

**InquiryType** Information
**Category** Sending Mail
**Topic** Send Domestic Mail > Priority Mail®

**Contact Information**

**First Name** AdrienneSmith
**Middle Initial**
**Last Name** c/oFrancisDikoh
**Company Name**
**Address 1** 1414 Upshur St NW

**LEGAL** · **ON USPS.COM** · **ON ABOUT.USPS.COM** · **OTHER USPS SITES**

**The case number for request is: HQ119217988**