THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADRIENNE SMITH

    Plaintiff,

                                                                                Civil Action File No. 14-728 (EGS)

WORLD BANK GROUP, et al.,

    Defendants

**SUBMISSION OF CERTIFIED RECEIPTS OF RESENT SUMMONS**

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
WASHINGTON DC 20433

| | | |
|---|---|---|
| Postage | $0.49 | 0262 |
| Certified Fee | $3.30 | 13 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.49 | 09/03/2014 |

Sent To: Dr. Jim Kim
Street, Apt. No.; or PO Box No.: The World Bank Group, 1818 H Street NW
City, State, ZIP+4: Washington, DC 20433

PS Form 3800, August 2006

7013 0600 0000 0612 7975

Adrienne Smith
1301 Taylor Street NW
Washington, DC 20011

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
WASHINGTON DC 20433

| | | |
|---|---|---|
| Postage | $0.49 | 0262 |
| Certified Fee | $3.30 | 13 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.49 | 09/03/2014 |

Sent To: The World Bank Group
Street, Apt. No.; or PO Box No.: 1818 H Street NW
City, State, ZIP+4: Washington, DC 20433

PS Form 3800, August 2006

7013 0600 0000 0612 8033

**RECEIVED**
SEP - 3 2014
Clerk, U.S. District and Bankruptcy Courts