THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADRIENNE SMITH

    Plaintiff,

                                          Civil Action File No. 14-728 (EGS)

WORLD BANK GROUP, et al.,

    Defendants

## **CONFIRMATION OF RE-SENT SUMMONS DELIVERED TO DEFENDANTS WITH SIGNATURES**

Plaintiff is submitting United States Postal signature delivery confirmations of the two re-sent summons to the Defendants. To the Court, Plaintiff is submitting the original certified green card *#7013 0600 0000 0612 **7975*** sent to Dr. Jim Kim which matches the original certified receipt submitted to the Court on September 3, 2014. Plaintiff has attached the green card below with a print out directly from the United States Postal Service tracking confirmation website.

Plaintiff believed that the Postal Service delivered it successfully but due to the very faint stamp on the original green return receipt with no signature, Plaintiff presented this at her post office and paid for an additional U.S. postal service that provided signature confirmations for this certified summons which was delivered on *September 8, 2014.*

To the Court, Plaintiff is also submitting the United States Postal service delivery confirmation for the re-sent summons certified mailing *#7013 0600 0000 00612 **8033*** sent to the World Bank which matches the original certified receipt submitted to the Court September 3, 2014. Plaintiff also submitted the same additional paid request (yellow cards) to the United States Postal Service that provided a signature confirmation that this summons ending with **8033** was delivered on September 8, 2014.

RECEIVED

SEP 3 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff went to the United States Post Office located at 1750 Pennsylvania Avenue NW, zip code 20433 where postal employee Mrs. Nixon printed out signatures which are attached and document the signature for the correct tracking numbers for both re-sent summons.

By her work experience from within the bank, Plaintiff believes that the United States Postal Service has successfully delivered all of the certified mailings sent to the Defendants to the best of its ability as best as possible with the bank's current mail security system.

Plaintiff also re-sent summonses to Dr. Kim and to the World Bank using United Parcel Services (UPS). Plaintiff went to UPS store and per UPS employee 'Alonzo' submitted both summons in the envelope which is noted on the receipt highlighted under 'Description of Goods'. UPS delivery obtained a signed signature for both summons. Plaintiff returned to the UPS store where employee 'Jose' gave her the signature confirmation.

Plaintiff is very grateful to the Court and prays that the current and additional postal mailings and confirmations of delivery will satisfy proof of service.

Plaintiff swears under the penalty of perjury that all information in the ~~seven~~ *NINE* pages she is submitting is truthful.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dr. Jim Kim<br>The World Bank Group<br>1818 H Street NW<br>Washington, DC 20433 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 0600 0000 0612 7975 |
| PS Form 3811, February 2004 | Domestic Return Receipt — 102595-02-M-1540 |

*[signature: Adrienne Smith]*  Adrienne Smith
September 30, 2014

| 1b. For return receipt after mailing ATTACH appropriate fee as shown in Section 932.2 of the DMM. | * CUSTOMER:—Complete items 1 or 2 and 3 through 10 below. Add your address in the "RETURN TO" space on reverse. |||
|---|---|---|---|
| | ☐ 1ª AFTER MAILING: provide name of individual, company, or organization to whom delivered and date of delivery. (Attach appropriate fee as shown in Section 932.2 of the DMM ☐ 2ª DUPLICATE: provide name of individual, company or organization to whom delivered and date of delivery. ☐ 2ᵇ DUPLICATE: provide name of individual, company, or organization to whom delivered, date of delivery, and place of delivery. |||
| Mailing post office postmark to indicate fee previously paid for item 2. | 3. Mailing Date 9/3/2014 | 4. COD No. | 5. Return Receipt for Merchandise No. |
| 6. Registered No. | 7. Certified No. 7013 0600 0000 0612 8033 | 8. Insured No. | 9. Express Mail No. |
| 10. Article Addressed To  The WORLD BANK GROUP ||||
| POSTAL RECORDS SHOW DELIVERY | 11. To | | 15. Postmark of Delivery Office |
| | 12. Date of Delivery |||
| | 13. Address (Complete only if requested) | 14. Clerk's Initials | Do not process if Section 1b above is not completed. |

PS Form 3811-A, Aug. 1988       REQUEST FOR RETURN RECEIPT (AFTER MAILING)

| 1b. For return receipt after mailing ATTACH appropriate fee as shown in Section 932.2 of the DMM. | * CUSTOMER:—Complete items 1 or 2 and 3 through 10 below. Add your address in the "RETURN TO" space on reverse. |||
|---|---|---|---|
| | ☐ 1ª AFTER MAILING: provide name of individual, company, or organization to whom delivered and date of delivery. (Attach appropriate fee as shown in Section 932.2 of the DMM ☐ 2ª DUPLICATE: provide name of individual, company or organization to whom delivered and date of delivery. ☐ 2ᵇ DUPLICATE: provide name of individual, company, or organization to whom delivered, date of delivery, and place of delivery. |||
| Mailing post office postmark to indicate fee previously paid for item 2. | 3. Mailing Date 9/3/2014 | 4. COD No. | 5. Return Receipt for Merchandise No. |
| 6. Registered No. | 7. Certified No. 7013 0600 0000 0612 7975 | 8. Insured No. | 9. Express Mail No. |
| 10. Article Addressed To  Dr. Jim Kim, The World Bank Group ||||
| POSTAL RECORDS SHOW DELIVERY | 11. To | | 15. Postmark of Delivery Office |
| | 12. Date of Delivery |||
| | 13. Address (Complete only if requested) | 14. Clerk's Initials | Do not process if Section 1b above is not completed. |

PS Form 3811-A, Aug. 1988       REQUEST FOR RETURN RECEIPT (AFTER MAILING)

Help

## Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts

September 29, 2014

### USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7013 0600 0000 061**2** 7975

This item was delivered on 09/08/2014 at 04:38:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 1.9.1.9

Help

## Product Tracking & Reporting

USPS UNITED STATES POSTAL SERVICE

Home    Search    Reports    Manual Entry    Rates/ Commitments    PTR / EDW    USPS Corporate Accounts    September 29, 2014

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 7013 0600 0000 0612 8033

This item was delivered on 09/08/2014 at 04:38:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type:  Quick Search    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 1.9.1.9

# USPS Tracking™

*please see signature delivery on previous page.*

**Customer Service ›**
Have questions? We're here to help.
Only applicable to visual users.
Tracking Number: **70130600000006128033**
delivered

- Updated Delivery Day: **Monday, September 8, 2014**

## Product & Tracking Information

**Postal Product:**
- First-Class Mail®

**Features:**
- Certified Mail™
- Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 8, 2014, 4:38 am | Delivered | **WASHINGTON, DC 20433** |
| September 7, 2014, 11:58 am | Available for Pickup | WASHINGTON, DC 20433 |
| September 7, 2014, 11:27 am | Arrived at Hub | WASHINGTON, DC 20018 |
| September 4, 2014, 5:25 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| September 4, 2014, | Arrived at USPS | WASHINGTON, DC 20066 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| 2:47 am | Facility | |
| September 3, 2014, 9:57 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |
| September 3, 2014, 2:18 pm | Departed Post Office | WASHINGTON, DC 20011 |
| September 3, 2014, 1:32 pm | Acceptance | WASHINGTON, DC 20011 |

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
FRI, SEP 26, 2014

EXPECTED DELIVERY DATE:
MON, SEP 29, 2014 EOD
SHIP FROM:
ADRIENNE SMITH
FRANCIS DIKOH
1414 UPSHUR ST NW
APT 112

WASHINGTON DC 20011
(202) 431-8342
SHIP TO:
THE WORLD BANK GROUP
DR JIM KIM
1818 H ST NW
WASHINGTON DC 20433-0001
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #5801
WASHINGTON,DC 20010-3452
(202) 234-4877

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0 LBS 2.1 OZ ACTUAL WT
1.00 LBS BILLABLE WT
DIMS: 13.00X10.00X2.00
UPS CARBON NEUTRAL
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z3E6B1A4235829195
SHIPMENT ID: MMBDG43B7KXV5
SHIP REF 1: - -
SHIP REF 2: ADS

DESCRIPTION OF GOODS:
2 SUMMONS ( LETTERS )



SHIPMENT CHARGES:
GROUND COMMERCIAL           $8.01
SERVICE OPTIONS             $5.05
FUEL SURCHARGE              $0.56
CMS PROCESSING FEE          $0.20

TOTAL                      $13.82

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature: *Adrienne Smith*

SHIPMENTID: MMBDG43B7KXV5

Powered by iShip(r)
09/26/2014 11:48 AM Pacific Time N

The UPS Store



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.



Shipper 3E681A
Page 1 of 1

**ATTN :** JOSE MARTINEZ
**PHONE :** (202)234-4877

## DELIVERY NOTIFICATION

| | |
|---|---|
| INQUIRY FROM: | NAMAN BHATIA<br>THE UPS STORE<br>1380 MONROE ST NW<br>WASHINGTON DC 20010 |
| SHIPMENT TO: | DR JIM KIM<br>THE WORLD BANK GROUP<br>1818 H ST NW<br>WASHINGTON DC 20433 |

Shipper Number............................**3E681A**          Tracking Identification Number...**1Z3E681A4235829195**

According to our records **1** parcel was delivered on **09/29/14** at **9:05 A.M.**. The shipment was signed for by **PETTY** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 3E681A | | 1Z3E681A4235829195 | 1818 H ST NW WASHINGTON | *Paul Petty* |

NPT1AXE:000A0000